In re RIEMER.
No. 16832.

District Court, W. D. New York.
Dec. 21, 1934.

John J. Bennett, Jr., Atty. Gen., and Vincent A. Tauriello, of Buffalo, N. Y., for petitioner.

Harry Cooper, of Medina, N. Y., for trustee.

RIPPEY, District Judge.

The petition for review is dismissed, and the order is affirmed on the opinion of George D. Judson, referee.

An order may be entered accordingly.